IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE RICHARDS GROUP, INC., § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:06-CV-0799-D |
| VS. § | |
| § | |
| JEFFREY S. BROCK, et al., § | |
| § | |
| Defendants. § | |

**JUDGMENT**

For the reasons set out in a memorandum opinion filed today, it is ordered and adjudged as follows. The court declares

(1) that defendants Jeffrey S. Brock ("Brock") and Brock Music Productions, Inc. ("BMPI") are the alter egos of Brock Music, Inc. ("BMI");

(2) that Brock, BMPI, and BMI are a single business enterprise; and

(3) that Brock and BMPI are jointly and severally liable to plaintiff The Richards Group for the state court judgment entered against BMI on February 28, 2006 in Dallas County, Texas.

Plaintiff's taxable costs of court, as calculated by the clerk of court, are assessed against defendants.

Done at Dallas, Texas July 18, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE